UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGARDO COLOSIO-DUSSAN,<br><br>　　　　　　Defendant. | CASE NO.   CR06-206 JLR<br><br>DETENTION ORDER |

Offense charged:

　　Count I:　　Conspiracy to Distribute Heroin and Cocaine, in violation of Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A), and 846.

Date of Detention Hearing: June 26, 2006

　　The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Sarah Vogel. The defendant was represented by Jay Stansell.

　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1-

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charge. Application of the presumption is appropriate in this case.

(2) Defendant is viewed as a risk of danger due to his criminal history. A review of his criminal record reveals two active warrants for arrests for failing to appear.

(1) Defendant is further viewed as a flight risk as he a citizen of Mexico with no known ties to the Western District of Washington and ICE has placed a detainer on defendant.

(2) Based upon the foregoing information, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2-

(4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of June, 2006.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-