JUDGE ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-206RSM |
| Plaintiff, ) | |
| v. ) | |
| EDGARDO COLOSIO-DUSSAN, et. al., ) | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |
| Defendants. ) | |

The United States, joined by six of the nine defendants currently pending trial in this case, filed a Motion for Order continuing for approximately three months the pretrial motions due date and the trial date, currently set for July 13 and August 28, 2006, respectively.

This Court's decision is based on the facts stated in the Motion and apparent from the record, including the following specific findings:

1. This case is complex and involves two related indictments and nineteen charged conspirators. It stems from a long-term investigation involving multiple agencies, and included the simultaneous execution of over thirty search warrants in two states on the date of arrest. The charges carry the potential for mandatory 10-year, 20-year, or even mandatory life sentences for some defendants, depending on criminal history.

2. This case involves a large volume of discovery that counsel must review prior to trial. Among this discovery is several thousand conversations intercepted over three Court-authorized Title III wire intercepts (wiretaps). Many of these calls are not in English, and must be translated into English for counsel and the Court. The translation effort has been

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 1
United States v. Colosio-Dussan, et al., CR06-206JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  complicated by the fact that some calls are in an indigenous language of Southern Mexico, *Mixteco Bajo*, for which English-speaking translators are very difficult to find. The transcription/translation process in this case is expected to take several months. A continuance of the motions and trial dates will ensure that counsel has sufficient time to review these telephone calls prior to trial.

3.  Six of the defendants (those listed as approving this Order, below) state that they need additional time to prepare for motions, plea negotiations, and trial, in order to provide defendants with adequate, effective, and continued representation. They assert that proceeding with the current motions and trial dates would result in a miscarriage of justice. These six defendants join in the Motion and agree that a continuance to November, 2006, is appropriate and necessary in light of the factors listed above.

4.  Counsel for the six joining defendants anticipate that each of their clients will issue a written knowing, voluntary, and intelligent waiver of his/her right to a speedy trial through November, 2006. Counsel for two additional defendants do not oppose the motion.

5.  In light of the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial. This Court further concludes that the above findings and bases for continuing the trial comport with 18 U.S.C. § 3161(h) and the United States Supreme Court's recent decision in <u>Zedner v. United States</u>, 126 S. Ct. 1976 (2006).

Accordingly, for the reasons listed above and those apparent from the record, the Motion for Continuance is HEREBY GRANTED.

Trial is reset for November 13, 2006, at 9:00 a.m.

Pretrial Motions are due on September 7, 2006.

The Court further finds that time from the filing of the stipulated motion through the new trial date shall be excluded from computation under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii) for all defendants because the failure to grant the requested continuance would be likely to result in a miscarriage of justice, and because the

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 2
<u>United States v. Colosio-Dussan, et al.</u>, CR06-206JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  case is so complex due to the number of defendants, the nature of the prosecution, and the
2  existence of novel questions of fact or law, that it is unreasonable to expect adequate
3  preparation for pretrial proceedings or for the trial itself within the time limits established by
4  the Speedy Trial Act, and under 18 U.S.C. § 3161(h)(7), because the defendants are all
5  joined for trial and no motion for severance has been granted.

6        Dated this __1__ day of August 2006.

7
8                                          RICARDO S. MARTINEZ
9                                          UNITED STATES DISTRICT JUDGE

10  Presented by:

11  *s/ Sarah Y. Vogel*
    SARAH Y. VOGEL
12  Assistant United States Attorney
    United States Attorney's Office
13  700 Stewart Street, Suite 5220
14  Seattle, Washington 98101-1271
    Telephone:  (206) 553-7970
15  Facsimile:   (206) 553-4440
    E-mail: Sarah.Vogel@usdoj.gov
16

17  Approved on July 10-11, 2006 by:

18  *s/*
    CAROL KOLLER                              *s/*
19  JAY STANSELL                                 ROBERT LEEN
    for Edgardo Colosio-Dussan           for Freddy Mascarenas-Rodriguez
20
    */*                                                *s/*
21  KENNETH KANEV                             STEPHAN ILLA
    for Jaciel Oranga-Zuniga               for Ramiro Florentino Martinez
22
    *s/*                                              *s/*
23  MICHELE SHAW                              JEFFREY B. COOPERSMITH
    for Oscar Vasquez-Cruz                 for Spencer Wydell Woods

24
25
26
27
28

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE
AND TRIAL DATE — 3
United States v. Colosio-Dussan, et al., CR06-206JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970